AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America
v.

JONATHAN BRODECKI A/K/A "JACK_GOODRIC"
*Defendant*

Case No. 24-361

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JONATHAN BRODECKI A/K/A "JACK_GOODRIC",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2422(b) – use of an interstate commerce facility to entice a minor to engage in sexually explicit conduct;
18 U.S.C. ' 2251(a), (e) – manufacture and attempted manufacture of child pornography;
18 U.S.C. ' 2252(a)(4)(B) (b)(2) - possession of child pornography

Date: 10/10/2024

/S/ THOMAS GIAMBRONE, DEPUTY CLERK
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/11/24, and the person was arrested on *(date)* 10/22/24
at *(city and state)* Bensalem PA.

Date: 10-23-24

*Arresting officer's signature*

Ryan Kolb TFO
*Printed name and title*